**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02628-CMA-CBS

BRIAN B. FUNK, Individually,

    Plaintiff,

v.

HOWARD A. RYAN, Individually,

    Defendant.

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 29). The Court being fully informed in the premises, It is

ORDERED that this action and all claims therein are DISMISSED WITH PREJUDICE, each party to bear his own costs and attorneys' fees.

DATED: December __08__, 2010

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge